IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

AL JABBAR SALAM                                                                           PLAINTIFF

V.                                              CIVIL NO. 1:12-cv-01040

JANET DELANEY; SGT. COLLIER;
SGT. MEEKS; SGT. RICHARDSON;
 JAILER PITTS; JAILER EDWARD;
JAILER TURNER; JAILER MURPHY;
TINA RICHARDSON; W. ROBINSON;
DOUG WOODS; and SHERIFF MIKE LOE                                                DEFENDANTS

**O R D E R**

      Plaintiff, Al Jabbar Salam, filed this pro se action pursuant to 28 U.S.C. § 1983 on April 26, 2012. ECF No. 1. On November 7, 2013, Defendants filed a Motion for Summary Judgment. ECF No. 48. Plaintiff requested the Court's assistance in responding. ECF No. 58. The Court prepared Plaintiff a questionnaire and Plaintiff completed the questionnaire and filed it as his Response to Defendants' Motion for Summary Judgment on April 15, 2014, however, Plaintiff failed to sign and date this Response.

      Accordingly, Plaintiff is **DIRECTED** to sign and date his Response and return it to the Court by **Wednesday, August 27, 2014.** Local Rule 5.5(c)(2). Plaintiff is advised that the Court will not accept any further supplementation of his Response and is only seeking his signature and date on the Response. **Plaintiff is further advised that if he fails to comply with this Order and return his Response signed and dated by August 27, 2014, this case will be subject to dismissal.**

The Clerk of the Court is **DIRECTED** to send Plaintiff a copy of his Response (ECF No. 71) for Plaintiff's signature and date.

**IT IS SO ORDERED this 13th day of August 2014.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE