IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

AL JABBAR SALAM                                                                                    PLAINTIFF

V.                                  CIVIL NO. 1:12-cv-01040

JANET DELANEY; SGT. SONYA COLLIER;
SGT. ERIKA MACK; SGT. MICHAEL RICHERSON;
JAILER SAMUEL PITTS;
JAILER JONATHAN EDWARDS;
JAILER DAVID TURNER; JAILER JEREMY MURPHY;
SGT. TINA ROBINSON; and WILLIE ROBINSON                                        DEFENDANTS

## JUDGMENT

A bench trial was held in this matter on August 10, 2015. For the reasons stated in the Findings of Fact and Conclusions of Law of even date, Plaintiff Salam's Amended Complaint (ECF No. 10) is hereby **DISMISSED** with prejudice.

**IT IS SO ORDERED this 28th day of September 2015.**

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge